UNITED MUTUAL FIRE INSURANCE COMPANY et al., Respondents, *v.* ANTHONY SAELI, Appellant.

Argued September 30, 1947; decided October 9, 1947.

*James M. Ryan* for appellant.

*Stephen V. Lines* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.